**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| STEIN RAY LLP,<br><br>Plaintiff,<br><br>v.<br><br>FIVE STAR RESORT OWNER, LLC; FSPV RES C, LLC; FIVE STAR DEVELOPMENT RESORT COMMUNITIES, LLC; FIVE STAR LAND OWNER, LLC; RCPVAZ, LLC; and F-STAR DEVELOPMENT L.P.,<br><br>Defendants. | ) | Case No. 1:25-cv-6756<br><br>Honorable Edmond E. Chang |

**JOINT STATUS REPORT**

The Parties file this Joint Status Report pursuant to the Court's December 11, 2025, Minute Order [DKT 41].

On November 4, 2025, F-Star Socorro, L.P. and its affiliated debtors and debtors in possession (collectively, the "**Debtors**")[1] filed voluntary petitions for relief under chapter 11 of title 11 of the United States Code, §§ 101-1532, *et seq.* (the "**Bankruptcy Code**"), commencing chapter 11 cases in the United States Bankruptcy Court for the Southern District of Texas.

---

[1] The Debtorsare F-Star Socorro, L.P.; Five Star Development Properties, LLC; Five Star Development Resort Communities, LLC; Five Star Resort Holdings Parent, LLC; Five Star Resort Holdings, LLC; Five Star Resort Mezz, LLC; Five Star Resort Owner, LLC; Five Star Land Holdings Parent, LLC; Five Star Land Holdings (AZ), LLC; Five Star Land Mezz, LLC; Five Star Land Owner, LLC; FSPV Mezz C Sub LLC; FSPV Res C, LLC; 11751 Alameda Avenue Owner, LLC; JNY Building Owner, LLC; JNY II Building Owner, LLC; 1340 Bob Hope Drive Owner, LLC; JNY, L.P.; JNY II, L.P.; 5 Star Tech I, L.P.; 5 Star Tech II-1, LP; 5 Star Tech II-4, LP; 5-Star Tech II-2, L.P.; F-Star Socorro Holding Co., LLC; JNY Mezz, LLC; JNY II Mezz, LLC; 5 Star Tech I GP, LLC; 5 Star Tech II-1 GP, LLC; 5 Star Tech II-4 GP, LLC; 1340 Bob Hope Drive Parent, LLC; 11751 Alameda Avenue Parent, LLC; Unit 82 El Paso Owner, LLC; Southwest Rojas Parent, LLC; and Southwest Rojas, LLC.

On November 21, 2025, Defendants Five Star Resort Owner, LLC, FSPV RES C, LLC, Five Star Development Resort Communities, LLC, Five Star Land Owner, LLC, RCPVAZ, LLC, and F-Star Development, LP filed a Suggestion of Bankruptcy in this case. [DKT 37].

On November 26, 2025, this Court ordered the Defendants to file a Supplemental Suggestion of Bankruptcy setting forth their position on whether the automatic bankruptcy stay applied to Defendants RCPVAZ, LLC and F-Star Development L.P. (the "**Non-Debtor Defendants**"). On December 5, 2025, the Non-Debtor Defendants filed their Supplement to the Suggestion Bankruptcy taking the position that the stay should be extended to them. [DKT 39.] On December 10, 2025, Plaintiff filed a Non-Opposition to the Supplement to the Suggestion Bankruptcy stating that it did not oppose extension of the stay to the Non-Debtor Defendants. [DKT 40.]

On December 11, 2025, this Court issued an order staying the case in its entirety and ordering the parties to file a status report upon the earlier of five business days after the termination of the stay or March 12, 2026. [DKT 41.]

The parties, therefore, report that as of today, the Debtor's bankruptcy remains pending and the automatic stay remains in place.

Dated: March 12, 2026

Respectfully submitted,

s/ Ian H. Fisher

Ian H. Fisher (ARDC #6224920)
ifisher@taftlaw.com
TAFT STETTINIUS & HOLLISTER LLP
111 E. Wacker Drive, Suite 2600
Chicago, Illinois 60601
Telephone: 312-527-4000

s/ David Z. Smith

Stephen E. Ray (ARDC #6181296)
sray@steinraylaw.com
David Z. Smith (ARDC #6256687)
dsmith@steinraylaw.com
STEIN RAY LLP
222 West Adams Street, Suite 1800
Chicago, Illinois 60606
Telephone: (312) 641-3700