**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

Stein Ray LLP

Plaintiff,

v.

Case No.: 1:25−cv−06756
Honorable Edmond E. Chang

Five Star Resort Owner, LLC, et al.

Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, July 14, 2026:

MINUTE entry before the Honorable Edmond E. Chang: On review of the status report, R. 48, the bankruptcy proceeding of the debtor−Defendants remains ongoing, with progress in the form of a settlement with the largest secured creditor. The tracking status hearing of 07/24/2026 is reset to 11/20/2026 at 8:30 a.m., but to track the case only (no appearance is required, the case will not be called). Instead, the parties shall file a joint status report by the earlier of (a) five business days after the termination of the automatic stay; or (b) 11/23/2026. Emailed notice (mw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.